UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE RENDON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COAST DENTAL SERVICES, INC.,<br><br>　　　　　Defendant. | No. 1:14-cv-01533-AWI-BAM<br><br><br>**ORDER OF DISMISSAL** |

　　　Pursuant to the joint stipulation for dismissal with prejudice filed July 1, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

　　　IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   July 2, 2015                                         _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE